REMAND/JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7946-GW(MRWx) | Date | February 12, 2015 |
|---|---|---|---|
| Title | *Macadamia Beauty, LLC v. U.S. Specialty Ins. Co., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present None Present

**PROCEEDINGS (IN CHAMBERS):** ORDER TO REMAND

    On December 8, 2014, this Court issued an Order to Show Cause ("OSC") regarding diversity jurisdiction in this action because the Plaintiff and one of the defendants were LLCs and the removal papers did not delineate all of the LLCs' members and their places of citizenship. *See* Docket No. 18. On January 14, 2015, Plaintiff's counsel filed a report indicating that an inquiry was being conducted but, due to the complexity and access to information problems, the investigation was continuing although there were indications that diversity jurisdiction might be lacking. *See* Docket No. 25.

    The Court has now received Plaintiff Macadamia Beauty, LLC's "Report Re: No Diversity Of Citizenship So No Subject Matter Jurisdiction" ("Report"). *See* Docket No. 28. As stated therein, two of the members of Plaintiff's LLC are citizens of Texas, and Defendant U.S. Specialty Insurance Company is also a citizen of Texas. As Plaintiff rightly notes, there does not appear to be any basis for subject matter jurisdiction herein and the parties cannot waive or stipulate to subject matter jurisdiction in this Court. *Janakes v. U.S. Postal Serv.*, 768 F.2d 1091, 1095 (9th Cir. 1985) ("[T]he parties cannot by stipulation or waiver grant or deny federal subject matter jurisdiction").

    For the reasons identified in the Report and in the earlier OSC, the Court REMANDS this case to state court for lack of subject matter jurisdiction. The Clerk shall vacate all dates and close the file.

:

Initials of Preparer    JG